**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LUIZ F. KUMPEL,**

          **Plaintiff,**

**-vs-**                               **Case No. 6:07-cv-128-Orl-19KRS**

**M/I HOMES OF ORLANDO, LLC.,**

          **Defendant.**

**ORDER**

This case was brought under the Fair Labor Standards Act (FLSA). 29 U.S.C. § 201, *et seq*. In *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982), the Eleventh Circuit explained that claims for back wages under the FLSA may only be settled or compromised when the Department of Labor supervises the payment of back wages or when the district court enters a stipulated judgment "after scrutinizing the settlement for fairness." *Id.* at 1353. Defendant M/I Homes of Orlando, LLC's Unopposed Motion for Court Approval of Settlement, doc. no. 23, has been referred to me by the presiding district judge to determine whether the settlement is fair. Doc. No. 24.

The Court will not approve a settlement agreement unless it is filed in the public record. *See Stalnaker v. Novar Corp.*, 293 F. Supp. 2d 1260, 1264 (M.D. Ala. 2003). Accordingly, it is

**ORDERED** that on or before June 22, 2007, the parties shall file the settlement agreement. Thereafter, I will schedule a fairness hearing, if one is necessary.

 **DONE** and **ORDERED** in Orlando, Florida on June 12, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties