**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LUIZ F. KUMPEL,

      Plaintiff,

vs.                                          CASE NO. 6:07-CV-128-ORL-19KRS

M/I HOMES OF ORLANDO, LLC.,

      Defendant.

## ORDER OF DISMISSAL

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 29, filed July 13, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 29) is **ADOPTED and AFFIRMED.** The Unopposed Motion for Court Approval of Settlement (Doc. No. 23, filed June 7, 2007) is **GRANTED.** The Settlement Agreement at Doc. No. 26-2 (filed June 22, 2007), **except for the confidentiality provision paragraph 10, is APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues. This case is **DISMISSED WITH PREJUDICE,** and the Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this  31st   day of July, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record